IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE C. CAMPBELL, | No. CIV S-08–0293-GEB-CMK-P |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATIONS |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On March 5, 2008, plaintiff submitted a letter to the court indicating that this action is duplicative of case no. CIV-S-07-1419-MCE-KJM-P. Therefore, the court will recommend dismissal of this action.

Based on the foregoing, the undersigned recommends that:

 1. This action be dismissed as duplicative of case no. CIV-S-07-1419-MCE-KJM-P; and

 2. The Clerk of the Court be directed to enter judgment and close this file.

/ / /

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 20 days after being served with these findings and recommendations, any party may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 11, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE